JOYCE PICKETT et al., Appellants, v FEDERATED DEPARTMENT STORES, INC., Respondent.

Submitted May 29, 2011; decided June 30, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.